■ THE MONEY GARDEN CORP., Doing Business as MG FINANCIAL GROUP, Appellant, v CMC MARKETS (US) LLC, Respondent. [843 NYS2d 508]—Order, Supreme Court, New York County (Karen S. Smith, J.), entered February 7, 2007, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, with costs.

The claims of tortious interference with contract, unfair competition and unjust enrichment broadly allege that the former employee is barred by the subject agreements from competing in any manner with plaintiff. Plaintiff failed to allege facts sufficient to support the claims. Without allegations as to how the former employee breached those provisions and how defendant induced the breach, the complaint fails to state a cause of action.

Nor do we perceive any basis for granting leave to replead. Concur—Tom, J.P., Saxe, Nardelli, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH WRAY, Appellant. [843 NYS2d 630]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered March 29, 2006, convicting defendant, upon his plea of guilty, of attempted burglary in the third degree, and sentencing him, as a second felony offender, to a term of $1^{1}/_{2}$ to 3 years, unanimously affirmed.

Defendant did not move to withdraw his plea, and since this case does not come within the narrow exception to the preservation requirement (*see People v Lopez*, 71 NY2d 662 [1988]), his challenge to the plea is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would conclude that the plea was knowing, intelligent and voluntary, and that there was nothing in the allocution that cast significant doubt on defendant's guilt (*see People v Seeber*, 4 NY3d 780 [2005]; *People v Toxey*, 86 NY2d 725 [1995]). Defendant's guilt of attempted burglary, including the requisite intent, could be readily inferred from the totality of his factual recitations (*see People v McGowen*, 42 NY2d 905 [1977]). Concur—Tom, J.P., Saxe, Nardelli, Sweeny and Catterson, JJ.